| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| David A Tilem<br>Law Offices of David A Tilem<br>206 N Jackson St Ste 201<br>Glendale, CA 91206<br>818-507-6000<br>Fax : 818-507-6800<br>Email: davidtilem@tilemlaw.com<br><br>*Attorney for Plaintiff*   Jason Rubin | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: David Leonard Ross | CHAPTER 7 |
|---|---|
| | CASE NUMBER 09-10720-SB |
| Debtor. | ADVERSARY NUMBER 09-02063-SB |
| Jason Rubin<br><br>Plaintiff(s),<br><br>vs.<br><br>DAVID LEONARD ROSS<br><br>Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT:  A Complaint has been filed by the Plaintiff against you.  If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint.  You must also send a copy of your written response to the party shown in the upper left-hand corner of this page.  Unless you have filed in duplicate and served a responsive pleading by 10/14/2009 _____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| **Hearing Date:** 11/17/09 | **Time:** 10:00 AM | **Courtroom:** 1575 | **Floor:** 15 |
|---|---|---|---|
| ☒  **255 East Temple Street, Los Angeles** | | ☐  **411 West Fourth Street, Santa Ana** | |
| ☐  **21041 Burbank Boulevard, Woodland Hills** | | ☐  **1415 State Street, Santa Barbara** | |
| ☐  **3420 Twelfth Street, Riverside** | | | |

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference.  Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval.  The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance:  09/14/09 _____

**JON D. CERETTO**
Clerk of the Bankruptcy Court

By _____
*Deputy Clerk*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Revised December 1998 (COA-SA)*

**F 7004-1**

Summons and Notice of Status Conference - *Page 2*                    **F 7004-1**

| | |
|---|---|
| In re  David Leonard Ross | CHAPTER 7 |
| Debtor. | CASE NUMBER 09-10720-SB |

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF _____

1.    I am employed in the County of _____, State of California.  I am over the age of 18 and not a party to the within action.  My business address is as follows:

2.  ❑    **Regular Mail Service:** On _____, I served the foregoing Summons and Notice of Status Conference (and any instructions attached thereto), together with the Complaint filed in this proceeding, on the Defendant(s) at the following address(es) by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at _____, California, addressed as set forth below.

3.  ❑    **Personal Service:** On _____, personal service of the foregoing Summons and Notice of Status Conference (and any instructions attached thereto), together with the Complaint filed in this proceeding, was made on the Defendant(s) at the address(es) set forth below.

4.    Defendant(s) and address(es) upon which service was made:

❑  Names and Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:

_____                    _____
*Type Name*                                                          *Signature*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Revised December 1998 (COA-SA)*                                              **F 7004-1**

### EARLY MEETING OF COUNSEL, JOINT STATUS CONFERENCE INSTRUCTIONS

1.     A COPY OF THESE INSTRUCTIONS MUST BE ATTACHED TO THE COPY OF THE COMPLAINT SERVED UPON EACH PARTY, AND THE PROOF OF SERVICE OF THE SUMMONS AND COMPLAINT MUST INDICATE THAT SUCH COPY WAS SERVED THEREWITH.

2.     These instructions apply only to parties represented by counsel.  If you do not have an attorney you must appear at the status conference in person.

3.     This status hearing may be made **by telephone** at the date and time shown on the summons.  The Notice re Telephonic Status Conference in Adversary Proceedings served with these instructions explains the procedure for the telephonic hearing.

4.     If the proceeding involves money or property exceeding $10,000 or if the plaintiff believes trial time will be 4 hours or more, plaintiff must serve, with the summons and complaint, a notice in compliance with **Local Rule 7026-1** is required.  Plaintiff must also file proof of service of the notice with proof of service of the summons and complaint.

5.     If **Local Rule 7026-1** applies, counsel for the parties **MUST TIMELY MEET TO DISCUSS SETTLEMENT AND TO EXCHANGE DOCUMENTS, OTHER EVIDENCE, AND LISTS OF WITNESSES AND PRELIMINARY DISCOVERY SCHEDULES AS PROVIDED IN THE RULE**.

6.     Unless all defendants have defaulted, the parties shall file a Joint Status Report pursuant to **Local Rule 7016-1(a)(2)** at least 10 court days before the date of each status conference in a form substantially similar to **Local Form No. 7016-1.1**.  If **Local Rule 7026-1** applies, the parties must include in the Joint Status Report a statement that they have met to discuss settlement and have exchanged documents, other evidence, lists of witnesses and preliminary discovery schedules.

7.     If no response to the complaint is timely filed, plaintiff may request entry of default by the clerk or by the court.

8.     If the parties dispute whether the adversary proceeding is **"core" or non-core,"** they shall file points and authorities in support of their positions.  Any party that contends the proceeding is **"non-core"** shall file and serve its points and authorities at least **14 days** before the status conference.  Any response must be filed and served at least 7 days before the status conference.

9.     Failure to comply with these instructions will subject  the responsible party to **sanctions**.

10.     Failure of counsel for any party to appear at a status conference or pre-trial conference may be considered an abandonment or failure to prosecute or defend diligently and the proceeding may be dismissed or judgment entered against the defaulting party.

11.     A plaintiff demanding trial by jury in the bankruptcy court shall file a demand with the complaint.  All other parties stipulating to trial by jury in the bankruptcy court should file their stipulation not later than the date of the status conference.

**HON. SAMUEL L. BUFFORD**
**United States Bankruptcy Judge**

(rev:8/30/2007**)**

# NOTICE RE TELEPHONIC APPEARANCE PROCEDURES FOR JUDGE SAMUEL L. BUFFORD'S CASES

## I.    POLICY GOVERNING TELEPHONIC APPEARANCES.

Telephonic appearances are allowed in all matters before Judge Bufford in Courtroom #1575, except the following:

1.    Trials and Evidentiary Hearings (all counsel and all witnesses *must* appear in person), unless other arrangements are made by motion.

2.    Chapter 11, 12 & 13 Confirmation Hearings (debtor, debtor's counsel, and all objecting creditors *must* appear in person);

3.    Pre-Trials (all trial counsel *must* appear in person);

4.    Any matter designated by the court as requiring a personal appearance.

No telephonic appearance will be allowed unless it is made through *Court Call*, an independent conference call company, pursuant to the procedures set forth in Section II.

Before requesting a telephonic appearance, you should check Judge Bufford's Calendar on the webPACER system. You should also review any Tentative Ruling on the matter, which will normally be issued the day before the hearing. **If the court has issued a Tentative Ruling prior to the hearing, each individual who appears telephonically should have reviewed the Tentative Ruling prior to the hearing.**

If an individual schedules a telephonic appearance and then fails to respond to the call of a matter on calendar, the court may pass the matter or may treat the failure to respond as a failure to appear. Scheduling simultaneous telephonic appearances in multiple courts does not excuse a failure to appear when a matter is placed on calendar.

The 3:00 p.m. deadline for scheduling telephonic appearances noted below is independent of the issuance of Tentative Rulings. Late scheduling of a telephonic appearance is not permitted even though Tentative Rulings may have not yet been posted on the court's website.

Individuals making use of the conference call service are cautioned that they do so at their own risk. Hearings generally will not be rescheduled due to missed connections.

## II.    SCHEDULING A TELEPHONIC APPEARANCE.

Any party who wishes to appear by telephone must notify the Courtroom Deputy Elaine Garcia at (213) 894-0995 no less than three court days before the hearing. In addition, the telephonic appearance must scheduled by telephone with *Court Call.*

**Scheduling the Telephonic Appearance  by Telephone:** Telephone appearances may be arranged by calling *Court Call* at (866) 582-6878 not later than **3:00 p.m.** the day prior to the court hearing date.  Any request for a telephonic appearance made after the 3:00 p.m. deadline must be court approved by contacting Judge Bufford's Courtroom Deputy Elaine Garcia at (213) 894-0995.

**Scheduling the Telephonic Appearance by Facsimile:** Use the court-approved **Facsimile Request for Telephonic Appearance Form** located under the *Procedures/Rules/Forms* section, *Judge's Forms & Instructions* subsection, of the Court's web site at www.cacb.uscourts.gov. Facsimile requests to *Court Call* may only be used if the requested appearance is made at least 24 hours in advance of the court hearing date.  The facsimile telephone number at *Court Call* is (866) 533-2946.

**PROCEDURE FOR TELEPHONIC APPEARANCE.**

*Court Call* will provide counsel with written confirmation of a telephonic appearance, and give counsel a number to call to make the telephonic appearance.  It is counsel's responsibility to dial into the call not later than 10 minutes prior to the scheduled hearing.  *Court Call* **does not place a call to counsel.**

Telephonic appearances are connected directly with the courtroom's public address system and electronic recording equipment so that a normal record is produced.  To ensure the quality of the record, the use of car phones, cellular phones, speaker phones, public telephone booths, or phones in other public places is prohibited except in the most extreme emergencies.  Participants should be able to hear all parties without difficulty or echo.

At the time of your hearing, you may initially be in the listening mode in which case you will be able to hear the case before yours just as if you were in the courtroom.  After your call is connected to the courtroom, the Judge will call the case, request appearances, and direct the manner in which the hearing proceeds.  Each time you speak, you should identify yourself for the record.  The court's teleconferencing system allows more than one speaker to be heard, so the Judge can interrupt a speaker to ask a question or redirect the discussion.  When the Judge informs the participants that the hearing is completed, you may disconnect and the next case will be called.

Telephonic appearances by multiple participants are only possible when there is compliance with every procedural requirement.  Sanctions may be imposed when there is any deviation from the required procedures or the Court determines that a person's conduct makes telephonic appearances inappropriate.  Sanctions may include dropping a matter from calendar, continuing the hearing, proceeding in the absence of an unavailable participant, a monetary sanction, or a permanent prohibition against a person appearing telephonically.



### UNITED STATES BANKRUPTCY COURT
#### CENTRAL DISTRICT OF CALIFORNIA
##### OFFICE OF THE CLERK

*JON D. CERETTO*
*Executive Officer*
*Clerk of Court*

## PUBLIC NOTICE

## RE: REVISED INFORMATION REGARDING THE LOS ANGELES COUNTY BAR ASSOCIATION/PUBLIC COUNSEL BANKRUPTCY PRO BONO PROGRAM

The Los Angeles County Bar Association, in conjunction with Public Counsel, has implemented a Bankruptcy Pro Bono Program in the Los Angeles and San Fernando Valley divisions. Currently, this program is available only for defendants in § 523 non-dischargeability adversary proceedings who cannot afford an attorney. If the defendant cannot afford an attorney, he or she may apply for free legal representation with Public Counsel. All applicants will first be screened for eligibility. If found eligible, an attorney may be found who will represent the applicant in the § 523 non-dischargeability adversary proceeding free of charge.

To apply for legal representation under this program or for additional information, please contact Public Counsel. For contact information, please see the "Notice to Defendants of Availability of Los Angeles County Bar Association/Public Council Bankruptcy Pro Bono Program." The most current version of this notice can be obtained from our web site at www.cacb.uscourts.gov. To access the notice, double click on the "Pro Bono Program" button on the left-hand side of our web site. Then select the file named DAP.PDF. Do not contact the Clerk's Office for information regarding your eligibility for this program.

Plaintiffs in § 523 non-dischargeability adversary proceedings filed in the Los Angeles and San Fernando Valley divisions will be required to serve a notice of the availability of the above program on the defendants along with the Summons and Notice of Status Conference and to provide proof of such service with the Court. A sample of the notice of the availability of the program is attached to this Public Notice.

**JON D. CERETTO**
**CLERK OF COURT**

# FREE LEGAL HELP

A creditor has sued you in bankruptcy court. You were served with a Summons and Complaint, and you must now file an Answer. If you do not file an Answer on time, the court may enter a default judgment against you. This means that your debt may not be discharged and you will be responsible for paying it back.

## IF YOU CAN NOT AFFORD AN ATTORNEY, FREE LEGAL HELP MAY BE AVAILABLE.

For more information, call:

### Public Counsel's

### Debtor Assistance Project Hotline

### (213) 385-2977, ext. 704

### Hotline Hours: 10 AM – 12 PM & 2 PM – 4 PM

### Mondays & Tuesdays Only

# AYUDA LEGAL GRATUITA

*Su acreedor le ha demandado en la corte de bancarrota. Usted recibió la demanda, llamada "Summons" y "Complaint." Usted debe archivar una respuesta a la demanda en la corte. Si no archiva la respuesta a tiempo, la corte puede decidir en su contra. Si eso sucede, la deuda no se descargará en su caso de bancarrota y Usted será responsable por pagar al acreedor.*

## SI LE FALTAN RECURSOS PARA CONTRATAR A UN ABOGADO, LLAME A LA LINEA DE AYUDA LEGAL GRATUITA.

*Para mas información, llame al:*

### Proyecto de Ayuda al Deudor
### de
### Public Counsel

### (213) 385-2977, ext. 704

### Horario: 10 AM – 12 PM & 2 PM – 4 PM

### Únicamente Lunes y Martes