David A. Tilem (Bar No. 103825)
LAW OFFICES OF DAVID A. TILEM
206 North Jackson Street, Suite 201
Glendale, California 91206
Tel: 818-507-6000  Fax: 818-507-6800
Email: DavidTilem@TilemLaw.com

Stephan A. Mills, (Bar No. 94166)
ZEMANEK & MILLS
11845 W. Olympic Blvd., Suite 625
Los Angeles, California 90064-5020
Tel: 310-473-8100  Fax: 310-445-3166

Attorneys for Creditor Jason Rubin, as Co-Trustee
of the Cira Ross Qualified Domestic Trust

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**DAVID LEONARD ROSS,**<br><br>    Debtor.<br><br>**JASON RUBIN, AS CO-TRUSTEE OF THE CIRA ROSS QUALIFIED DOMESTIC TRUST,**<br><br>    Plaintiff,<br><br>v.<br><br>**DAVID LEONARD ROSS,**<br><br>    Defendant. | Case No. 2:09-bk-10720-SB<br><br>Chapter 7<br><br>Adv No.2:09-02063-SB<br><br>**PROOF OF SERVICE ON SUMMONS & COMPLAINT TO DETERMINE ENTITLEMENT TO DISCHARGE AND DISCHARGEABILITY OF DEBTS**<br><br><u>Status Conference</u><br>Date: November 17, 2009<br>Time: 10:00am<br>Ctrm: 1575 |

02206.01\Complaint.wpd      1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 206 N. Jackson Street, Suite 201, Glendale, CA 91206

The foregoing document described as **Summons and Complaint** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **9/17/09** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated below:

David A Tilem: davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com
United States Trustee: ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **9/17/09** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

David Leonard Ross
130 N. Martel Ave.
Los Angeles, CA 90036

Chapter 7 Trustee
James Brown
Law Offices of James L. Brown
3660 Wilshire Blvd., Suite 1118
Los Angeles, CA 90010

Scott Clarkson
3424 Carson Street, Suite 350
Torrance, CA 90503

United States Trustee
725 S. Figueroa Street, 26th Fl.
Los Angeles, CA 90017

☐ Service information continued on attached page

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies), who consented in writing to such service method, by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

9/17/09 — Maliss Murguia — /s/ Malissa Murguia
Date — Type Name — Signature

02106.01\B\POS.MLM.wpd                             1