| Attorney or Party Name, Address, Telephone & FAX Numbers and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| David A. Tilem (Bar No. 103825)<br>Law Offices of David A. Tilem<br>206 N. Jackson Street, Suite 201<br>Glendale, CA 91206<br>(818) 507-6000<br>(818) 507-6800<br><br>*Attorney for* Jason Rubin | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>David Leonard Ross<br><br>Debtor(s). | |
|---|---|
| Jason Rubin, as Co-Trustee of the Cira Ross Qualified Domestic Trust<br><br>Plaintiff(s).<br><br>vs.<br><br>David Leonard Ross<br><br>Defendant(s). | CHAPTER: 7<br><br>CASE NO.: 2:09-bk-10720-SB<br><br>ADVERSARY NO.: 2:09-ap-02063-SB<br><br>DATE: 11/17/09<br>TIME: 10:00am<br>PLACE: Ctrm 1575 |

# JOINT STATUS REPORT
## LOCAL BANKRUPTCY RULE 7016-1(a)(2)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following JOINT STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

**A.  PLEADINGS/SERVICE:**

1. Have all parties been served?  ☒ Yes  ☐ No

2. Have all parties filed and served answers to the complaint/ counter-complaints/etc.?  ☐ Yes  ☒ No

3. Have all motions addressed to the pleadings been resolved?  ☐ Yes  ☒ No

4. Have counsel met and conferred in compliance with Local Bankruptcy Rule 7026-1?  ☐ Yes  ☒ No

5. If your answer to any of the four preceding questions is anything other than an unqualified "YES," then please explain below *(or on attached page)*:
   Defendant has a Rule12(b) motion set for November 17, 2009.

   Rule 7026-1 Meet and Confer is being arranged.

*(Continued on next page)*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 7016-1.1**

| Joint Status Report - *Page 2* | **F 7016-1.1** |
|---|---|
| In re<br><br>David Leonard Ross<br><br>Debtor(s). | CHAPTER: 7<br>CASE NO.: 2:09-bk-10720-SB<br>ADVERSARY NO.: 2:09-ap-02063-SB |

**B.** **READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

   | Plaintiff | Defendant |
   |---|---|
   | 12 Months | April 30, 2010 |

2. If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.

   | Plaintiff | Defendant |
   |---|---|
   | Extensive discovery required | Discovery |

3. When do you expect to complete your discovery efforts?

   | Plaintiff | Defendant |
   |---|---|
   | 10 months, subject to anticipated discovery disputes | March 1, 2010 |

4. What additional discovery do you require to prepare for trial?

   | Plaintiff | Defendant |
   |---|---|
   | depositions, document production, 3rd party depositions | Request for Production, Request for Admissions, Interrogatories, Depositions |

**C.** **TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (including rebuttal stage if applicable)?

   | Plaintiff | Defendant |
   |---|---|
   | presently unknown | Unknown |

2. How many witnesses do you intend to call at trial (including opposing parties)?

   | Plaintiff | Defendant |
   |---|---|
   | presently unknown | Unknown |

3. How many exhibits do you anticipate using at trial?

   | Plaintiff | Defendant |
   |---|---|
   | presently unknown | Unknown |

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 7016-1.1**

| Joint Status Report - *Page 3* | F 7016-1.1 |
|---|---|
| In re<br>David Leonard Ross<br><br>Debtor(s). | CHAPTER: 7<br>CASE NO.: 2:09-bk-10720-SB<br>ADVERSARY NO.: 2:09-ap-02063-SB |

**D.    PRE-TRIAL CONFERENCE:**

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Bankruptcy Rule 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

<u>Plaintiff</u>

Pre-trial conference  X  (is)/ ___ (is not) requested.
Reasons:  Limit issues

<u>Defendant</u>

Pre-trial conference  X  (is)/ ___ (is not) requested.
Reasons:  Issue Clarification

<u>Plaintiff</u>

Pre-trial conference should be set <u>after</u>:

(date)  12/01/10

<u>Defendant</u>

Pre-trial conference should be set <u>after</u>:

(date)  04/01/10

**E.    SETTLEMENT:**

1. What is the status of settlement efforts?
   None

2. Has this dispute been formally mediated?    ☐ Yes    ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

   Plaintiff          Defendant
   ☐ Yes  ☒ No     ☒ Yes  ☐ No

*(Continued on next page)*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                F 7016-1.1

| Joint Status Report - Page 4 | | **F 7016-1.1** |
|---|---|---|
| In re<br>David Leonard Ross | | CHAPTER: 7 |
| | | CASE NO.: 2:09-bk-10720-SB |
| | Debtor(s). | ADVERSARY NO.: 2:09-ap-02063-SB |

**F.    ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

PLAINTIFF'S COMMENTS

The reason for seeking 12 months for discovery is that this matter is anticipated to be highly contentious and may require several motions either for protective orders or to compel discovery. There are numerous parties to depose and discovery is expected to take much longer than is customary.

DEFENDANT'S COMMENTS

The suit is subject to a 12(b)(6) Motion because is fails to state any factual allegations that relate to sustainable actions under sections 523 or 727.

Assuming that the Plaintiff can file an amended complaint which states sustainable causes of actions, discovery should take no more than 3 months.

Respectfully submitted,

Dated: 10/29/09

Law Offices of David A. Tilem
Firm Name

By: [signature]

Name: David A. Tilem

Attorney for:    Jason Rubin

Dated: 10/29/09

Clarkson Gore & Masella, APLC
Firm Name

By: [signature]

Name: Christine M. Fitzgerald

Attorney for:    David Leonard Ross

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                    **F 7016-1.1**

Joint Status Report - *Page 5*    **F 7016-1.1**

In re    CHAPTER: 7

David Leonard Ross    CASE NO.: 2:09-10720-SB

Debtor(s).    ADVERSARY NO.: 2:09-02063-SB

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
206 N. Jackson Street, Suite 201
Glendale, CA 91206

A true and correct copy of the foregoing document described as  Joint Status Rport _____
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On  10/30/09 _____  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

David A Tilem: davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com
United States Trustee: ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On  11/2/09 _____  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  _____  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/2/09 | Malissa Murguia | *Malissa Murguia* |
|---|---|---|
| Date | Type Name | Signature |

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 7016-1.1**

Joint Status Report - *Page 6*

**F 7016-1.1**

| | |
|---|---|
| In re<br><br>Jason Rubin, as Co-Trustee of the Cira Ross Qualified Domestic Trust<br><br>                                                                                   Debtor(s). | CHAPTER: 7<br><br>CASE NO.: 2:09-10720-SB<br><br>ADVERSARY NO.: 2:09-02063-SB |

**ADDITIONAL SERVICE INFORMATION** (if needed):

Scott Clarkson
3424 Carson Street, Suite 350
Torrance, CA 90503


Honorable Samuel L. Bufford
United States Bankruptcy Court
255 E. Temple Street, Suite 1582
Los Angeles, CA 90012

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 7016-1.1**