| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br><br>David A. Tilem (SB 103825)<br>Law Offices of David A. Tilem<br>206 No. Jackson St., #201<br>Glendale, CA 91206<br>Tel: 818-507-6000 * Fax: 818-507-6800<br>Email: DavidTilem@TilemLaw.com<br><br>Stephan A. Mills (SB 94166)<br>Zemanek & Mills<br>11845 W. Olympic Blvd., #625<br>Los Angeles, CA 90064-5020<br>Tel: 310-473-8100  * Fax: 310-445-3166<br><br>X *Attorney for Plaintiff*<br>☐ *Individual without counsel* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**MAR 12 2010**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY egarcia    DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>DAVID LEONARD ROSS<br><br>                                                           Debtor(s). | |
| JASON RUBIN as co-Trustee of the CIRA ROSS<br>QUALIFIED DOMESTIC TRUST<br><br>                                                           Plaintiff(s),<br>vs.<br><br>DAVID LEONARD ROSS<br><br>                                                           Defendant(s). | CHAPTER: 7<br><br>CASE NO.: 2:09-10720-SB<br><br>ADVERSARY NO.: 2:09-02063-SB<br><br>DATE:  February 09, 2010<br><br>TIME:    2:00 p.m.<br><br>COURTROOM: 1575 |

## STATUS CONFERENCE AND SCHEDULING ORDER
## PURSUANT TO LOCAL BANKRUPTCY RULE 7016-1(a)(4)

1. A Status Conference took place as follows:

   a. Date:   2/09/2010         b. Time:  2:00 p.m.         c. Courtroom:  1575         d. Judge:  SB

   e. ☐ Plaintiff present in Court *(Name)*:
   f. X Attorney for Plaintiff present in Court *(Name)*:
   g. ☐ Defendant present in Court *(Name)*:
   h. X Attorney for Defendant present in Court *(Name)*:
   i. ☐ Other parties and counsel present as reflected in the Court record

2. This matter is disposed of as follows:
   a. ☐ Continued to the following date for a further Status Conference:    *Date:*                *Time:*
   b. ☐ Joint Status Report due on *(specify date)*:
   c. ☐ The last day to join other parties and to amend pleadings is *(specify date)*:
   d. ☐ The last day to file pre-trial motions is *(specify date)*:

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                              F 7016-1.2

| In re:<br>David Leonard Ross<br><br>Debtor(s). | CHAPTER: 7<br>CASE NO.: 2:09-10720 SB<br>ADVERSARY NO.: 2:09-02063 SB |
|---|---|

e.  X   The last day to conduct discovery is *(specify date)*: August 9, 2010

f.  ☐   The Joint Pre-Trial Order is due on *(specify date)*:          ☐ No Pre-Trial Order is required

g.  X   A Pre-Trial Conference is set for:                              ☐ No Pre-Trial Conference is required

    *Date:*   10/5/2010          *Time:*   2:00 p.m.

h.  ☐   Estimate of time for trial *(specify number of hours)*:

i.  ☐   The Trial is set for:     *Date:*                    *Time:*

j.  ☐   Dismissed for failure to appear or prosecute   ☐ with prejudice   ☐ without prejudice

k.  ☐   Notice of next Status Conference or Pre-Trial Conference date is waived

l.  ☐   Other *(specify)*:

    ###

DATED: March 12, 2010

_____
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                            **F 7016-1.2**

| In re:<br>David Leonard Ross<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NO.: 2:09-10720 SB<br><br>ADVERSARY NO.: 2:09-02063 SB |
|---|---|

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
206 N. Jackson Street, Suite 201
Glendale, CA 91206

A true and correct copy of the foregoing document described as **STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LOCAL BANKRUPTCY RULE 7016-1(a)(4)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ___ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **2/10/10** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/10/10 | Lorena Diaz | /s/ Lorena Diaz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    F 7016-1.2

Status Conference and Scheduling Order – *Page 4*     **F 7016-1.2**

| In re:<br>David Leonard Ross<br><br>                                                       Debtor(s). | CHAPTER: 7<br>CASE NO.: 2:09-10720 SB<br>ADVERSARY NO.: 2:09-02063 SB |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**

Honorable Samuel L. Bufford
United States Bankruptcy Court
255 E. Temple Street, Suite 1582
Los Angeles, CA 90012

Scott Clarkson
Clarkson Gore & Marsella APLC
3424 Carson Street, Suite 350
Torrance, CA 90503

Steve Mills
Zemanek & Mills
11845 W. Olympic Blvd. #625
Los Angeles, CA 90064

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*     **F 7016-1.2**

Status Conference and Scheduling Order – *Page 5*   F 7016-1.2

| In re:<br>David Leonard Ross<br><br>                                    Debtor(s). | CHAPTER: 7<br>CASE NO.: 2:09-10720 SB<br>ADVERSARY NO.: 2:09-02063 SB |
|---|---|

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify* **STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LOCAL BANKRUPTCY RULE 7016-1(a)(4)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **2/10/10**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- James L Brown     James.Brown@7trustee.net, CA53@ecfcbis.com
- Rebecca A Caley     rcaley@caleylaw.com
- Scott C Clarkson     sclarkson@lawcgm.com
- Christine M Fitzgerald     cfitzgerald@lawcgm.com
- Irving M Gross     img@lnbrb.com

☒ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                           **F 7016-1.2**

Status Conference and Scheduling Order – *Page 6*                                    **F 7016-1.2**

| In re:<br>David Leonard Ross<br><br>Debtor(s). | CHAPTER: 7<br>CASE NO.: 2:09-10720 SB<br>ADVERSARY NO.: 2:09-02063 SB |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):


**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

- Bernard J Kornberg    bjk@severson.com
- Eve A Marsella    emarsella@lawcgm.com
- Natella Royzman    nroyzman@rdwlawcorp.com
- David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com;ldiaz@tilemlaw.com;dianachau@tilemlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Barry R Wegman    barrywegman@tilemlaw.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**

Scott Clarkson
Clarkson Gore & Marsella APLC
3424 Carson Street, Suite 350
Torrance, CA 90503

Steve Mills
Zemanek & Mills
11845 W. Olympic Blvd. #625
Los Angeles, CA 90064

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                     **F 7016-1.2**